LEMON, Appellant, v. SMITH et al., Respondents. (Supreme Court, Appellate Division, Third Department. November 16, 1898.) Bill by J. Samuel Lemon, as administrator of the estate of Hope A. Lemon, against Adon Smith and others, as executors. Appeal by George A. Haven, executor of the will of Samuel R. Smith, deceased, from an order bringing him in and substituting him, as executor, as defendant in

place of Samuel R. Smith, and reviving the suit against him. Affirmed. Edward K. Clark, for appellant. S. M. Lindsley, for respondents.

PER CURIAM. We have carefully examined this case, and the opinion of the special term, and can see no sufficient reason to disagree with that court. See 47 N. Y. Supp. 158.